IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARS L. GORE,

    Plaintiff,

v.                                         CASE NO. 4:13cv350-RH/CAS

RICHARD L. SCOTT et al.,

    Defendants.

_____/

## ORDER ON THE REPORT AND RECOMMENDATION

The plaintiff Mars. L. Gore filed this action asserting claims under 42 U.S.C. § 1983. But his claims, if upheld, would have called into question the validity of state-court convictions and sentences that had not been, and still have not been, set aside. The § 1983 claims thus were barred under the doctrine of *Heck v. Humphrey*, 512 U.S. 477, 487 (1994).

The order of June 18, 2013, ECF No. 5, explained this and directed the clerk to enter judgment dismissing the case. The clerk entered judgment that same day. ECF No. 6. Mr. Gore did not appeal, and the time for doing so passed. The case is over.

Before entry of judgment, an order was entered granting Mr. Gore's motion for leave to proceed in forma pauperis. ECF No. 4. As proper under the Prison Litigation Reform Act, the order indicated that Mr. Gore would be required to pay the full filing fee through any appropriate initial payment and further periodic payments. *See* 28 U.S.C. § 1915(b). The order directed the magistrate judge to set the appropriate amounts. By order entered June 19, the magistrate judge did so. ECF No. 7. The required initial payment was $65.00. The order set July 19 as the due date for the initial payment. Mr. Gore did not appeal the filing-fee orders. The time for doing so passed.

To that point, the case had proceeded appropriately. But Mr. Gore failed to make the initial payment by the July 19 deadline. On August 5, the magistrate judge entered a report and recommendation concluding that the case should be dismissed based on Mr. Gore's failure to make the payment. Mr. Gore objected, asserting for the first time that the filing fee should not have been assessed, or was assessed for the wrong amount, or that he should have been granted leave to amend the complaint. All of these contentions are untimely. But the report and recommendation will not be accepted for a different reason: the case has already been dismissed and thus need not be, and indeed cannot be, dismissed again. The case is over.

For these reasons,

IT IS ORDERED:

The report and recommendation, ECF No. 10, is rejected. But the prior judgment, ECF No. 6, and Mr. Gore's obligation to pay the filing fee through an initial payment and further periodic payments, ECF Nos. 4 and 7, remains in place. This order does not reopen the time for appealing the judgment and orders.

SO ORDERED on September 15, 2013.

s/Robert L. Hinkle  
United States District Judge